Rel: January 5, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0450

Ivano Fulgaro v. Lisa Dorr, Susan Carvalho, Cheryl Toman, Laura Rubio, Bryan Koronkiewicz, and The Board of Trustees of the University of Alabama (Appeal from Tuscaloosa Circuit Court: CV-21-900996).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.